612

454 A.2d 164

Commonwealth v. Hill, Appellant.
Petition for Allowance of Appeal
Denied Sept. 7, 1983.

Submitted January 20, 1982. Lawrence S. Rubin, for appellant; Frank T. Hazel, District Attorney, for Commonwealth, appellee.

Before JOHNSON, WATKINS and LIPEZ, JJ.

The order of the trial court is affirmed.

454 A.2d 165

Commonwealth v. Kelly, Appellant.
Petition for Allowance of Appeal
Denied March 14, 1983.

Submitted April 21, 1981. Richard N. Beltzner, for appellant; George C. Yatron, District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, MONTEMURO and WATKINS, JJ.

Order affirmed.